IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN,
MILWAUKEE DIVISION

| | |
|---|---|
| CHAUNTE OTT, | ) |
| | ) Case No. 09 CV 00870-RTR |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| THE CITY OF MILWAUKEE, et al | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF HEATHER LEWIS DONNELL IN SUPPORT OF
PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTIONS *IN LIMINE* NOS. 1-13**

I, Heather Lewis Donnell, under penalty of perjury, declare and state that:

1. I am attorney licensed to practice in the State of Illinois.

2. Attached and labeled as Exhibit 1, is a true and correct copy of the March 29, 2013 Waller Declaration ("Waller Report").

3. Attached and labeled as Exhibit 2, is a true and correct copy of the Order from *Avery v. City of Milwaukee,* No. 11-c-00408.

5. Attached and labeled as Exhibit 3, is a true and correct copy of the Ricky S. Burems Complaint submitted to the Milwaukee Fire and Police Commission dated January 9, 2007.

6. Attached and labeled as Exhibit 4, is a true and correct copy of the State of Wisconsin Claims Board Decision on May 14, 2014.

7. Attached and labeled as Exhibit 5, is a true and correct copy of the Order from *Logan v. City of Chicago*, No. 09 C 5471.

8. Attached and labeled as Exhibit 6, is a true and correct copy the Declaration of Deanna Lankford.

8. Attached and labeled as Exhibit 7, is a true and correct copy of Plaintiff's Second Supplemental Disclosures Pursuant to Rule 26(a)(1).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 17, 2015

/s/ Heather Lewis Donnell
Heather Lewis Donnell

## **CERTIFICATE OF SERVICE**

      I, Heather Lewis Donnell, an attorney, hereby certify that on February 17, 2015, I filed the foregoing Declaration of Heather Lewis Donnell in Support of Plaintiff's Responses to Defendants' Motions *In Limine* Nos. 1-13via the Court's electronic filing system and thereby caused a copy of the same to be served upon all counsel of record.

                                                           /s/ Heather Lewis Donnell