# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN,
MILWAUKEE DIVISION

| | | |
|---|---|---|
| CHAUNTE OTT, | ) | |
| | ) | |
| Plaintiff, | ) | 09 CV 00870-RTR |
| | ) | |
| vs. | ) | |
| | ) | Judge Rudolph T. Randa |
| CITY OF MILWAUKEE, Former Milwaukee | ) | |
| Police Department Chiefs ARTHUR L. JONES | ) | |
| and NANETTE H. HEGARTY, as well as Present | ) | |
| and Former Detectives CARL BUSCHMANN, | ) | |
| JAMES DEVALKENAERE, ROBERT SIMON, | ) | |
| ERIC MOORE, RICKY BUREMS, PERCY | ) | |
| MOORE, MICHAEL DUBIS, and OTHER | ) | |
| AS-OF-YET UNKNOWN EMPLOYEES OF | ) | |
| THE CITY OF MILWAUKEE, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S SECOND SUPPLEMENTAL FED. R. CIV. P. 23(A) DISCLOSURES**

Plaintiff, Chaunte Ott, by his attorneys, LOEVY & LOEVY, and pursuant to Federal Rule of Civil Procedure 26(a)(1) make the following supplemental disclosures:

**1.     Rule 26(a)(1)(A)(i) persons with knowledge:**

Plaintiff supplements his initial and first supplemental disclosures with the following witnesses:

**Detective Daniel Phillips** – Det. Phillips has knowledge of the Milwaukee Police Department's investigation of unsolved female homicides, including briefings that were provided to homicide detectives identifying various unsolved female homicide cases that may be linked to a common perpetrator. He will testify consistent with this deposition testimony on September 17, 2012 in *Avery, et al. v. City of Milwaukee, et al.*, No. 11 cv 408.

This disclosure is not intended to be a final list of possible witnesses in this case and Plaintiff hereby reserves the right to supplement this disclosure in the event that further investigation reveals other individuals with knowledge. Plaintiff furthermore expressly incorporate herein all of the individuals with knowledge disclosed by the Defendants in this action.

**2. Rule 26(a)(1)(A)(ii) Disclosures**

Plaintiff identifies the deposition testimony of Detective Daniel Phillips on September 17, 2012 in *Avery, et al. v. City of Milwaukee, et al.*, No. 11 cv 408.

Plaintiff further identifies and makes available for inspection at 312 N. May Street, Suite 100, Chicago, Illinois 60607, the documents produced by the Wisconsin Department of Corrections and the Wisconsin Department of Justice in response to Plaintiff's subpoenas, which are identified as DOC/DOJ Subpoena Responses Boxes 1-6 and CD1.

RESPECTFULLY SUBMITTED

/s/ Heather Lewis Donnell

Arthur Loevy
Jon Loevy
Michael Kanovitz
Gayle Horn
Heather Lewis Donnell
LOEVY & LOEVY
312 N. May Street
Suite 100
Chicago, IL 60607
Ph: (312) 243-5900

## **CERTIFICATE OF SERVICE**

      I, Heather Lewis Donnell, an attorney, certify that I served a copy of Plaintiff's Second Supplemental Rule 26(a)(1) disclosures to all counsel of record via email and U.S. mail on September 27, 2012.

                                                                         Heather Lewis Donnell