# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

Chaunte Ott

v.

City of Milwaukee, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 09-C-0870

| PRESIDING JUDGE<br>Hon. Rudolph T. Randa | PLAINTIFF'S ATTORNEY<br>Jon Loevy | DEFENDANT'S ATTORNEY<br>Jan Smokowicz |
|---|---|---|
| TRIAL/HEARING DATE (S)<br>March 23, 2015 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ RULINGS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | DNA Report Dated August 31, 1995 for Lab Case No. R95-3074 Regarding Corrected Reports of Laboratory Findings |
| 2 | | | | | DNA Report Dated September 16, 2009 for Lab Case R95-3074 Regarding Jessica Payne |
| 3 | | | | | DNA Report Case Log Entry Dated May 23, 2003 for Lab Case R95-3074 Regarding Jessica Payne |
| 4 | | | | | DNA Report Dated September 27, 1995 for Lab Case No. R95-3074 Regarding Jessica Payne |
| 5 | | | | | DNA Report Dated November 2, 1995 for Lab Case No. R95-3074 Regarding Jessica Payne |
| 6 | | | | | DNA Report Dated May 22, 2003 for Lab Case No. R95-3074 Regarding Jessica Payne |
| 7 | | | | | DNA Report Dated September 25, 2002 for Lab Case No. R95-3074 Regarding Jessica Payne |
| 8 | | | | | DNA Report Dated June 5, 2003 for Lab Case No. R95-3074 Regarding Jessica Payne |
| 9 | | | | | DNA Report Dated August 31, 1995 for Lab Case No. R95-2307 Regarding Tanya Miller |
| 10 | | | | | DNA Report Dated September 15, 2009 for Lab Case No. R95-2307 Regarding Tanya Miller |
| 11 | | | | | DNA Report Dated June 2, 2009 for Lab Case No. R95-2307 Regarding Tanya Miller |
| 12 | | | | | DNA Report Dated July 5, 2007 for Lab Case No. R07-1497 Regarding Ouithreaun Stokes |
| 13 | | | | | DNA Report Dated May 19, 2009 for Lab Case No. R07-1497 Regarding Ouithreaun Stokes |
| 14 | | | | | DNA Report Dated May 18, 2009 for Lab Case No. R07-1497 Regarding Ouithreaun Stokes |
| 15 | | | | | DNA Report Dated June 1, 2010 for Lab Case No. R07-1497 Regarding Ouithreaun Stokes |
| 16 | | | | | DNA Report Dated July 14, 2010 for Lab Case No. R07-1497 Regarding Ouithreaun Stokes |
| 17 | | | | | DNA Report Dated September 11, 2009 for Lab Case No. R07-1497 Regarding Ouithreaun Stokes |
| 18 | | | | | DNA Report Dated September 15, 2009 for Lab Case No. R95-2306 Regarding Debra Harris |
| 19 | | | | | DNA Report Dated June 2, 2009 for Lab Case No. R95-2306 Regarding Debra Harris |
| 20 | | | | | DNA Report Dated May 20, 2003 for Lab Case No. R97-2200 Regarding Joyce Mims |
| 21 | | | | | DNA Report Dated May 21, 2003 for Lab Case No. R97-2200 Regarding Joyce Mims |
| 22 | | | | | DNA Report Dated September 15, 2009 for Lab Case No. R97-2200 Regarding Joyce Mims |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 9 Pages

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ RULINGS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Chaunte Ott vs. City of Milwaukee, et al. — CASE NO. 09-C-0870 |
| 23 | | | | | DNA Report Dated February 26, 2011 for Lab Case No. R97-2200 Regarding Joyce Mims |
| 24 | | | | | Case Log Dated March 31, 2003 for Lab Case R97-2200 Regarding Joyce Mims |
| 25 | | | | | Case Log Dated May 23, 2003 for Lab Case R97-2200 Regarding Joyce Mims |
| 26 | | | | | DNA Report Dated September 14, 2009 for Lab Case No. R92-4122 Regarding Irene Smith |
| 27 | | | | | DNA Report Dated September 15, 2009 for Lab Case No. R94-3204 Regarding Carron Denise Kilpatrick |
| 28 | | | | | DNA Report Dated September 8, 2009 for Lab Case No. R94-3204 Regarding Carron Denise Kilpatrick |
| 29 | | | | | DNA Report Dated September 16, 2009 for Lab Case No. R95-1488 Regarding Florence McCormick |
| 30 | | | | | DNA Report Dated March 11, 2011 for Lab Case No. R95-1488 Regarding Florence McCormick |
| 31 | | | | | DNA Report Dated June 1, 2009 for Lab Case No. R95-1488 Regarding Florence McCormick |
| 32 | | | | | DNA Report Dated September 21, 2009 for Lab Case No. R95-2305 Regarding Sheila Farrior |
| 33 | | | | | DNA Report Dated June 29, 2009 for Lab Case No. R95-2305 Regarding Sheila Farrior |
| 34 | | | | | DNA Report Dated May 11, 2010 for Lab Case No. R98-1017 Regarding Maryetta Griffin |
| 35 | | | | | DNA Report Dated June 16, 2010 for Lab Case No. R98-1017 Regarding Maryetta Griffin |
| 36 | | | | | Police Report By Detective Eric Moore Dated January 9, 1996 Regarding Proposal for Submission of Evidence to FBI Lab for DNA Analysis |
| 37 | | | | | Photo of Walter Ellis |
| 38 | | | | | State of Wisconsin Claims Board Decision Dated May 14, 2010 |
| 39 | | | | | Wisconsin State Crime Laboratory File for Case R97-2200 (Joyce Mims) |
| 40 | | | | | Wisconsin State Crime Laboratory File for Case R95-3073 (Jessica Payne) |
| 41 | | | | | Wisconsin State Crime Laboratory File for Case R94-3809 (Debra Maniece) |
| 42 | | | | | Wisconsin State Crime Laboratory File for Case R95-3148 (Jacqueline Jones) |
| 43 | | | | | Wisconsin State Crime Laboratory File for Case R98-1017 (Maryetta Griffin) |
| 44 | | | | | Wisconsin State Crime Laboratory File for Case R92-4122 (Irene Smith) |
| 45 | | | | | Wisconsin State Crime Laboratory File for Case R94-3204 (Carron Kilpatrick) |
| 46 | | | | | Wisconsin State Crime Laboratory File for Case R95-2307 (Tonya Miller) |
| 47 | | | | | Wisconsin State Crime Laboratory File for Case R97-4181 (Shameika Carter) |
| 48 | | | | | Wisconsin State Crime Laboratory File for Case R94-3357 (Ophelia Preston) |
| 49 | | | | | Wisconsin State Crime Laboratory File for Case R95-1488 (Florence McCormick) |

| | | Chaunte Ott | | vs. | City of Milwaukee, et al. | CASE NO. 09-C-0870 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ RULINGS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | Wisconsin State Crime Laboratory File for Case R93-4045 (Mary Lee Harris) |
| 51 | | | | | Wisconsin State Crime Laboratory File for Case R95-2036 (Debra Harris) |
| 52 | | | | | Wisconsin State Crime Laboratory File for Case R95-1497 (Ouithreaun Stokes) |
| 53 | | | | | Wisconsin State Crime Laboratory File for Case R95-2035 (Sheila Farrior) |
| 54 | | | | | Memorandum from Wisconsin State Crime Lab to Milwaukee Police Department Dated April 28, 2009 Regarding DNA Database Hits |
| 55 | | | | | Memorandum from Wisconsin State Crime Lab to Milwaukee Police Department Dated April 28, 2009 Regarding DNA Database Hits |
| 56 | | | | | Memorandum from Wisconsin State Crime Lab to Milwaukee Police Department Dated May 8, 2009 Regarding DNA Database Hits |
| 57 | | | | | Memorandum from Wisconsin State Crime Lab to Milwaukee Police Department Dated May 18, 2009 Regarding DNA Database Hits |
| 58 | | | | | Memorandum from Wisconsin State Crime Lab to Milwaukee Police Department Dated October 26, 2009 Regarding DNA Database Hits |
| 59 | | | | | Letter from ADA Mark Williams to Wisconsin Regional Crime Lab Dated May 15, 2002 Regarding DNA Results for Jessica Payne |
| 60 | | | | | Letter from Wisconsin State Crime Lab to Chief Arthur Jones Dated July 17, 2003 Regarding Corrected DNA Report for Lab Case No. R95-3074 Dated June 5, 2003 |
| 61 | | | | | Correspondence Between John Pray and ADA Mark Williams Regarding DNA Testing |
| 62 | | | | | Letter from VICAP to MPD Dated January 13, 1995 Regarding Crime Analysis Report |
| 63 | | | | | Timeline of Events: DNA Matches in Homicide Cases |
| 64 | | | | | Addenda to Cold Case Press Conference Dated September 7, 2009 Regarding DNA Linked Cold Case Homicides 1986-2009 |
| 65 | | | | | Affidavit of Deanna Lankford Dated March 28, 2013 |
| 66 | | | | | Affidavit of Mark Williams Dated July 26, 2012 |
| 67 | | | | | Affidavit of Daniel Haase Dated April 4, 2013 |
| 68 | | | | | Affidavit of Lew Wasserman Dated September 28, 2012 |
| 69 | | | | | Affidavits of John Pray Dated October 2, 2007 and October 16, 2008 |
| 70 | | | | | Expert Report of Michael J. Spierer, Ph.D. |
| 71 | | | | | Expert Report and CV of Dennis Waller Dated March 28, 2013 |
| 72 | | | | | MPD M-File for Jessica Payne Homicide Investigation |
| 73 | | | | | MPD M-File for Joyce Mims Homicide Investigation |
| 74 | | | | | MPD M-File for Debra Maniece Homicide Investigation |
| 75 | | | | | MPD M-File for Jacqueline Jones Homicide Investigation |
| 76 | | | | | MPD M-File for Maryetta Griffin Homicide Investigation |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Chaunte Ott | | VS. | City of Milwaukee, et al. | CASE NO. 09-C-0870 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ RULINGS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 77 | | | | | MPD M-File for Irene Smith Homicide Investigation | |
| 78 | | | | | MPD M-File for Carron Kilpatrick Homicide Investigation | |
| 79 | | | | | MPD M-File for Tonya Miller Homicide Investigation | |
| 80 | | | | | MPD M-File for Shameika Carter Homicide Investigation | |
| 81 | | | | | MPD M-File for Ophelia Preston Homicide Investigation | |
| 82 | | | | | MPD M-File for Florence McCormick Homicide Investigation | |
| 83 | | | | | MPD M-File for Mary Lee Harris Homicide Investigation | |
| 84 | | | | | MPD M-File for Debra Harris Homicide Investigation | |
| 85 | | | | | MPD M-File for Ouithreaun Stokes Homicide Investigation | |
| 86 | | | | | MPD M-File for Sheila Farrior Homicide Investigation | |
| 87 | | | | | Chaunte Ott Arrest Report Dated October 25, 1995 | |
| 88 | | | | | Chaunte Ott Statement to Milwaukee Police Department on October 25, 1995 | |
| 89 | | | | | Richard Gwin Arrest Report and Statement Dated October 24, 1995 | |
| 90 | | | | | Sam Hadaway Arrest Report and Statement Dated October 25, 1995 | |
| 91 | | | | | Sam Hadaway Polygraph Exam and Miranda Rights Forms Dated November 1, 1995 | |
| 92 | | | | | Police Report Regarding Sam Hadaway Polygraph Examination on November 1, 1995 | |
| 93 | | | | | Sam Hadaway Statement Dated October 25, 1995 | |
| 94 | | | | | Sam Hadaway Statement Dated October 27, 1995 | |
| 95 | | | | | Arrest Report and Statement of Fabian Reyes Dated April 16, 2003 | |
| 96 | | | | | Clearance Report Regarding Richard Gwin, Sam Hadaway, and Chaunte Ott Dated October 26, 1995 | |
| 97 | | | | | Clearance Report Regarding Sam Hadaway Dated October 26, 1995 | |
| 98 | | | | | Police Report Regarding Interview with Sylvester Scott on June 9, 1995 | |
| 99 | | | | | Supplementary Report Regarding Interview with Charlene Williams on June 28, 1995 | |
| 100 | | | | | Supplementary Report Regarding Interview with Cornell Westmoreland on September 19, 1995 | |
| 101 | | | | | Supplementary Report Regarding Interview with George Jones on November 24, 1997 | |
| 102 | | | | | Supplementary Report Regarding Interview with George Jones on November 25, 1997 | |
| 103 | | | | | Supplementary Report Regarding Interview with George Jones on January 21, 1998 | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Chaunte Ott | | VS. | City of Milwaukee, et al. | CASE NO. 09-C-0870 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ RULINGS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 104 | | | | | Supplementary Report Regarding Interview with Jessica McBride on January 5, 1998 | |
| 105 | | | | | Supplementary Report Dated April 18, 2003 Regarding Joyce Mims Investigation | |
| 106 | | | | | Supplementary Report Dated June 20, 1997 Regarding Joyce Mims Investigation | |
| 107 | | | | | Supplementary Report Dated June 23, 1997 Regarding Joyce Mims Investigation | |
| 108 | | | | | Supplementary Report Dated June 20, 1997 Regarding Joyce Mims Investigation | |
| 109 | | | | | Supplementary Report Dated June 30, 1997 Regarding Joyce Mims Investigation | |
| 110 | | | | | Supplementary Report Regarding Joyce Mims Autopsy on June 21, 1997 | |
| 111 | | | | | Supplementary Report Regarding Re-Interview of Latonia Cooper on October 8, 1995 | |
| 112 | | | | | Supplementary Report Regarding Re-Interview of Sam Hadaway on June 27, 2007 | |
| 113 | | | | | Supplementary Report Regarding Interview with Cassandra McMurray on October 9, 1995 | |
| 114 | | | | | Supplementary Report Regarding Interview with Booker Edwards on October 24, 1995 | |
| 115 | | | | | Supplementary Report Regarding Interview with Faye Camp on September 20, 1995 | |
| 116 | | | | | Supplementary Report Regarding Interview with Gwendolyn Mayone on September 28, 1995 | |
| 117 | | | | | Supplementary Report Regarding Interview with Inetha Waller on September 27, 1995 | |
| 118 | | | | | Supplementary Report Regarding Interview with John Riser on October 4, 1995 | |
| 119 | | | | | Supplementary Report Regarding Interview with Latonia Cooper on August 31, 1995 | |
| 120 | | | | | Supplementary Report Regarding Interview with Latonia Cooper on October 8, 1995 | |
| 121 | | | | | Supplementary Report Regarding Interview with Latonia Cooper on September 9, 1995 | |
| 122 | | | | | Supplementary Report Regarding Interview with Rhonda Smith on September 29, 1995 | |
| 123 | | | | | Supplementary Report Regarding Interview with Richard Gwin on October 24, 1995 | |
| 124 | | | | | Supplementary Report Regarding Interview with Richard Gwin on October 24, 1995 | |
| 125 | | | | | Supplementary Report Regarding Interview with Richard Gwin on October 25, 1995 | |
| 126 | | | | | Supplementary Report Regarding Interview with Richard Gwin on October 26, 1995 | |
| 127 | | | | | Supplementary Report Regarding Interview with Sam Hadaway on December 24, 1995 | |
| 128 | | | | | Supplementary Report Regarding Interview with Sam Hadaway on November 1, 1995 | |
| 129 | | | | | Supplementary Report Regarding Interview with Sam Hadaway on October 24, 1995 | |
| 130 | | | | | Supplementary Report Regarding Interview with Sam Hadaway on October 27, 1995 | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Chaunte Ott | | vs. | City of Milwaukee, et al. | CASE NO. 09-C-0870 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ RULINGS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 131 | | | | | Supplementary Report Regarding Interview with Sam Hadaway on October 27, 1995 |
| 132 | | | | | Supplementary Report Regarding Interview with Sandra Giles on August 31, 1995 |
| 133 | | | | | Supplementary Report Regarding Interview with Sandra Giles on August 31, 1995 |
| 134 | | | | | Supplementary Report Regarding Interview with Sandra Giles on August 31, 1995 |
| 135 | | | | | Supplementary Report Regarding Interview with Sandra Giles on October 2, 1995 |
| 136 | | | | | Supplementary Report Regarding Interview with Sandra Giles on September 12, 1995 |
| 137 | | | | | Supplementary Report Regarding Interview with Tammy Manka on October 9, 1995 |
| 138 | | | | | Supplementary Report Regarding Interview with Teresa Gwin on October 20, 1995 |
| 139 | | | | | Supplementary Report Regarding Interview with Terrance Wallace on September 3, 1995 |
| 140 | | | | | Supplementary Report Regarding Interview with Theresa Gwin and Angelique Brown on October 24, 1995 |
| 141 | | | | | Supplementary Report Regarding Interview with Willie Brooks on August 31, 1995 |
| 142 | | | | | Supplementary Report Regarding Subpoena Duces Tecum to Ameritech Phone Company on October 27, 1995 |
| 143 | | | | | Supplementary Report Regarding Chaunte Ott DNA Collection on October 26, 1995 |
| 144 | | | | | Supplementary Report Regarding Interview with Chaunte Ott on October 26, 1995 |
| 145 | | | | | Police Report Regarding Interview with Titus Lee Ricks on November 14, 1995 |
| 146 | | | | | Supplementary Report Regarding Interview with Exie Tatum on November 13, 1995 |
| 147 | | | | | Supplementary Report Regarding Re-Interview with Booker Edwards on January 24, 2009 |
| 148 | | | | | Supplementary Report Regarding Re-Interview with Sam Hadaway on June 27, 2007 |
| 149 | | | | | Supplementary Report Regarding Re-Interview with Sam Hadaway on November 24, 2008 |
| 150 | | | | | Supplementary Report Regarding Interview with Denise Winters on August 10, 1995 |
| 151 | | | | | Milwaukee Police Departmental Memorandum Dated April 22, 2004 Regarding Cold Case Investigation M2991 (Victim Debra Maniece) |
| 152 | | | | | Police Report Dated October 4, 2005 Regarding Request for Assistance from the FBI's National Center for the Analysis of Violent Crimes |
| 153 | | | | | Walter Ellis Criminal History |
| 154 | | | | | Walter Ellis Criminal Complaint Dated September 10, 2009 |
| 155 | | | | | Defendant Buschmann's Responses to Plaintiff's Interrogatories (Excerpt) |
| 156 | | | | | Defendant Buschmann's Responses to Plaintiff's Requests to Admit (Excerpt) |
| 157 | | | | | Defendant DeValkenaere's Responses to Plaintiff's Interrogatories (Excerpt) |

Page 6 of 9 Pages

Case 2:09-cv-00870-RTR Filed 03/12/15 Page 6 of 9 Document 213

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Chaunte Ott | | vs. | City of Milwaukee, et al. | CASE NO. 09-C-0870 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ RULINGS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 158 | | | | | Defendant DeValkenaere's Responses to Plaintiff's Requests to Admit (Excerpt) |
| 159 | | | | | Defendant Simons' Responses to Plaintiff's Interrogatories (Excerpt) |
| 160 | | | | | Defendant Simons' Responses to Plaintiff's Requests to Admit (Excerpt) |
| 161 | | | | | Defendant Officers' Responses to Plaintiff's Third Set of Interrogatories (Excerpt) |
| 162 | | | | | Defendant City of Milwaukee's Responses to Plaintiff's Interrogatories (Excerpt) |
| 163 | | | | | Defendant City of Milwaukee's Responses to Plaintiff's Requests to Admit (Excerpt) |
| 164 | | | | | Defendant City of Milwaukee's Responses to Plaintiff's Requests for Production (Excerpt) |
| 165 | | | | | Defendants' Rule 26(a)(1) Initial Disclosures |
| 166 | | | | | Letter to Defendants' Counsel Date February 24, 2010 Regarding Initial Disclosures |
| 167 | | | | | Trial Testimony of James DeValkenaere on February 27, 1996 |
| 168 | | | | | Trial Testimony of James DeValkenaere on February 28, 1996 |
| 169 | | | | | Trial Testimony of James DeValkenaere on February 28, 1996 |
| 170 | | | | | Trial Testimony of Latonia Cooper on February 27, 1996 |
| 171 | | | | | Trial Testimony of Richard Gwin on February 28, 1996 |
| 172 | | | | | Trial Testimony of Sam Hadaway on February 27, 1996 |
| 173 | | | | | Trial Testimony of Sam Hadaway |
| 174 | | | | | Trial Transcript of Jury Verdict on February 29, 1996 |
| 175 | | | | | Trial Transcript of Preliminary Hearing on November 14, 1995 |
| 176 | | | | | Trial Transcript of Sentencing on March 2, 1996 |
| 177 | | | | | Deposition of Arthur Jones (October 19, 2011) |
| 178 | | | | | Deposition of Carl Buschmann Vol. I (June 30, 2010) |
| 179 | | | | | Deposition of Carl Buschmann Vol. II (April 12, 2012) |
| 180 | | | | | Deposition of Chaunte Ott (August 29, 2011) |
| 181 | | | | | Deposition of Daniel Phillips (Avery v. City of Milwaukee, et al.) (September 17, 2012) |
| 182 | | | | | Deposition of Denise Ball (October 10, 2011) |
| 183 | | | | | Deposition of Diana Rowe (May 7, 2011) |
| 184 | | | | | Deposition of Eric Draeger (October 10, 2011) |

| Chaunte Ott | vs. | City of Milwaukee, et al. | CASE NO. 09-C-0870 | | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ RULINGS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 185 | | | | | Deposition of Eric Moore Vol. I (August 23, 2010) |
| 186 | | | | | Deposition of Eric Moore Vol. II (May 7, 2012) |
| 187 | | | | | Deposition of Eric Moore Vol. III (January 29, 2013) |
| 188 | | | | | Deposition of James DeValkenaere Vol. I (June 22, 2010) |
| 189 | | | | | Deposition of James DeValkenaere Vol. II (April 12, 2012) |
| 190 | | | | | Deposition of John Pray (July 13, 2012) |
| 191 | | | | | Deposition of Katherine Spano (Avery v. City of Milwaukee, et al.) (June 28, 2012) |
| 192 | | | | | Deposition of Latonia Cooper (May 13, 2011) |
| 193 | | | | | Deposition of Michael Dubis (June 30, 2010) |
| 194 | | | | | Deposition of Michael Dubis (June 30, 2010) |
| 195 | | | | | Deposition of Nanette Hegerty (June 14, 2011) |
| 196 | | | | | Deposition of Nicole Casper (April 19, 2012) |
| 197 | | | | | Deposition of Percy Moore (August 23, 2010) |
| 198 | | | | | Deposition of Ricky Burems Vol. I (August 26, 2010) |
| 199 | | | | | Deposition of Ricky Burems Vol. II (March 19, 2013) |
| 200 | | | | | Deposition of Robert Simons (August 26, 2010) |
| 201 | | | | | Deposition of Sam Hadaway (May 31, 2010) |
| 202 | | | | | Deposition of Sandra Giles (October 1, 2011) |
| 203 | | | | | Burems Complaint Dated January 9, 2007 |
| 204 | | | | | Diagram of W. Burleigh and N. 7th Streets |
| 205 | | | | | Directions from 3116 N. 7th Street to 2940 N. 5th Street, Milwaukee, WI |
| 206 | | | | | Milwaukee County Medical Examiner's Report Dated August 30, 1995 Regarding Jessica Payne |
| 207 | | | | | MPD General Order No. 2005-13 Dated November 1, 2005 Regarding Amendment to Standard Operating Procedure 3/560 - Property |
| 208 | | | | | MPD In-Service Training Documents Session #2, November 10, 2003-January 16, 2004 Regarding Forensic Biology and DNA |
| 209 | | | | | MPD In-Service Training Documents Session #3, January 20, 2003-March 14, 2003 Regarding DNA |
| 210 | | | | | MPD Criminal Investigation Bureau Memorandum Dated December 24, 2002 Regarding Change in Buccal Swab Procedures |
| 211 | | | | | MPD Sensitive Crimes Division Memorandum Dated May 21, 2001 Regarding Processing Arrested Suspects to Obtain DNA |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | Chaunte Ott | | vs. | City of Milwaukee, et al. | CASE NO. 09-C-0870 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ RULINGS | ADMITTED | \multicolumn{2}{l}{DESCRIPTION OF EXHIBITS AND WITNESSES} |
| 212 | | | | | \multicolumn{2}{l}{MPD Rule 4 - General Rules and Regulations} |
| 213 | | | | | \multicolumn{2}{l}{MPD General Order No. 2001-31 Regarding Amendment to Rule 4} |
| 214 | | | | | \multicolumn{2}{l}{MPD Rule 4 - General Rules and Regulations (Revised 07/08)} |
| 215 | | | | | \multicolumn{2}{l}{MPD Standard Operating Procedure Regarding Position Responsibilities} |
| 216 | | | | | \multicolumn{2}{l}{MPD Training Documents Dated 2005 Regarding Memo Books} |

Page 9 of 9 Pages

Case 2:09-cv-00870-RTR   Filed 03/12/15   Page 9 of 9   Document 213