UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CHAUNTE OTT,**

        Plaintiff,

    v.                       Case No. 09-CV-870

**CITY OF MILWAUKEE, et al.,**

        Defendant.

---

SETTLEMENT CONFERENCE MINUTES
HONORABLE WILLIAM E. DUFFIN, PRESIDING

DATE: March 9, 2015 – March 19, 2015
APPEARANCES:

| Plaintiff: | Defendant: |
|---|---|
| Arthur Loevy | Miriam Horwitz |
|  | Grant Langley |

COMMENTS:

March 9, 2015: Conferences with Arthur Loevy and Miriam Horwitz.

March 10, 2015: Conferences with Arthur Loevy and Miriam Horwitz.

March 13, 2015: Conferences with Arthur Loevy and Miriam Horwitz.

March 16, 2015: Conferences with Arthur Loevy and Miriam Horwitz.

March 17, 2015: Conferences with Grant Langley, Arthur Loevy, and Miriam Horwitz.

March 19, 2015: Conferences with Arthur Loevy and Miriam Horwitz.

Parties have reached a settlement, pending approval by Common Council.

Matter returned to the Honorable Rudolph T. Randa for further proceedings.