LOEVY & LOEVY
312 N. May St., Suite 100, Chicago, Illinois 60607

October 27, 2015

*Via Electronic Court Filing*
Honorble Judge Rudolph T Randa
Room 310
U.S. District Court, Eastern District of Wisconsin
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

 *Re: Ott v. City of Milwaukee, et al.*, No. 09-C-870

Dear Honorable Judge Randa:

 We write in response to the Court's letter filed October 23, 2015, to advise the Court that the Milwaukee Common Council approved the settlement with Mr. Ott, and that the City has issued a check to Mr. Ott. Accordingly, Mr. Ott's case has been resolved and may be dismissed.

 Thank you again for your time and attention to this case.

                Sincerely,


/s/ Arthur Loevy             /s/ Jan Smokowicz
Arthur Loevy               Jan Smokowicz
*Attorney for Plaintiff*           *Attorney for Defendants*